# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA GOMEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JAVIER CAVAZOS, Warden,<br><br>　　　　　Respondent. | Case No. CV 11-10096 JGB (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: August 4, 2014

　　　　　　　　　　　　　　　　　HON. JESUS G. BERNAL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE